[840 NE2d 1024, 807 NYS2d 11]

Niki Marie Cleary et al., Appellants, v Reliance Fuel Oil Associates, Inc., et al., Respondents.

Decided November 17, 2005

### APPEARANCES OF COUNSEL

*Kujawski & Dellicarpini*, Deer Park (*Bryan P. Kujawski* of counsel), for appellants.

*L'Abbate, Balkan, Colavita & Contini, L.L.P.*, New York City (*Tomas B. Lim* of counsel), for Bock Water Heaters, Inc., respondent.

*Flynn, Gaskins & Bennett*, Minneapolis, Minnesota (*George W. Flynn* of counsel), for Honeywell International Inc., respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

We agree with the Appellate Division majority that defendants Bock Water Heaters, Inc. and Honeywell, Inc. made a prima facie showing of entitlement to judgment as a matter of law dismissing the complaint insofar as asserted against them. Plaintiffs have failed to raise a triable issue of fact in opposition to defendants' motions.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSEN-BLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.